☐ Check if this is an
    amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 26, 2016**     X **/s/ SARID DRORY**
                                            Signature of individual signing on behalf of debtor

                                          **SARID DRORY**
                                          Printed name

                                          **MANAGING MEMBER**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **ARTISANAL FROMAGERIE & BISTRO LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | **16-12337** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A&L CESSPOOL SERVICE CORP. 38-40 REVIEW AVENUE Long Island City, NY 11101** | | | | | | **$8,727.42** |
| **ARROGANT BLOOM 1887 AMSTERDAM AVE., STE.# 5-A ATTN: GEORGE BAKALIS New York, NY 10032** | | | | | | **$7,500.00** |
| **CON EDISON STEAM JAF STATION P.O. BOX 1701 New York, NY 10116-1701** | | | | | | **$36,000.00** |
| **FOSTER & WOLKIND PC 80 FIFTH AVENUE SUITE 1401 New York, NY 10011** | | | | | | **$75,000.00** |
| **HERRICK FEINSTEIN LLP 2 PARK AVENUE New York, NY 10016** | | | | | | **$74,000.00** |
| **HRI CONSULTING GROUP 378 WILLIS AVENUE Mineola, NY 11501** | | | | | | **$8,000.00** |
| **JOHN S. MARKET 25-20 50TH AVENUE 1ST FL. Long Island City, NY 11101** | | | | | | **$11,611.94** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| KNOT 11106 MOCKINGBIRD DRIVE Omaha, NE 68137 | | | | | | $6,130.00 |
| MEAT & FISH PO BOX 36383 Charlotte, NC 28236-6383 | | | | | | $7,478.70 |
| METROPOLITAN ELEVATOR 66 RAMAPO VALLEY ROAD Mahwah, NJ 07430 | | | Disputed | | | $9,219.65 |
| MONEYWORKS 120 WEST 45TH STREET SUITE 1000B New York, NY 10036 | | | | | | $280,000.00 |
| MORENA ORUE C/O FITAPELLI & SCHAFFER LLP 28 LIBERTY STREET, 30TH FLOOR New York, NY 10005 | | SETTLEMENT OF WAGE-HOUR LAWSUIT | | | | $151,225.00 |
| NEW YORK STATE DEPT. OF FIN. ATTN: BANKRUPTCY SPECIAL PROC PO BOX 5300 Albany, NY 12205 | | | Disputed | | | $811,146.64 |
| OGLETREE DEAKINS 1745 BROADWAY 22ND FL. New York, NY 10019 | | | | | | $50,000.00 |
| PAY O MATIC LOSS PREVENTION DEPT. 166-30 JAMAICA AVE., 2ND FL. Jamaica, NY 11432 | | | | | | $6,000.00 |
| PEPSI COLA BOTTLING LOCKBOX #741076 Atlanta, GA 30374-1076 | | | | | | $5,512.00 |
| PLS 800 JORIE BOULEVARD Oak Brook, IL 60523 | | | | | | $7,271.16 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PPF OFF TWO PARK AVENUE OWNER 2 PARK AVENUE New York, NY 10016** | | | **Disputed** | | | **$2,000,000.00** |
| **SHARMA LAW C/O RAVI SHARMA, P.C. 215 PARK AVE. SOUTH, STE. 1402 New York, NY 10003** | | | | | | **$8,500.00** |
| **STEPHANIE SCHULMAN 240 PARK AVENUE SOUTH 2D New York, NY 10003** | | | | | | **$2,500,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor name    **ARTISANAL FROMAGERIE & BISTRO LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-12337**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $                    0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $            1,256,457.62

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $            1,256,457.62

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $                44,149.10

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $              811,146.64

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$            5,285,583.08

4.    Total liabilities ................................................................................................
   Lines 2 + 3a + 3b                                                                       $            6,140,878.82

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor name    **ARTISANAL FROMAGERIE & BISTRO LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-12337**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$11,000.00** |

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **CITIBANK, N.A.** | **CHECKING** | 2694 | $0.00 |
| 3.2. | **CITIBANK, N.A.** | **CHECKING** | 2707 | $0.00 |
| 3.3. | **CITIBANK, N.A.** | **CHECKING** | 2723 | $0.00 |
| 3.4. | **CITIBANK, N.A.** | **CHECKING** | 2731 | $0.00 |
| 3.5. | **CITIBANK, N.A.** | **CHECKING** | 9615 | $0.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**      | **$11,000.00** |

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

- ■ No. Go to Part 3.
- ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

- ■ No. Go to Part 4.
- ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

- ■ No. Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No. Go to Part 6.
- ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **PERISHABLES** | | **$6,700.00** | | **$6,700.00** |
| | **LIQUOR** | | **$10,000.00** | | **$10,000.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

| | |
|---|---|
| | **$16,700.00** |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture FURNITURE, FIXTURES AND EQUIPMENT (SUBJECT TO APPRAISAL) | $1,200,000.00 | | $1,200,000.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | Total of Part 7. Add lines 39 through 42. Copy the total to line 86. | | | $1,200,000.00 |
|---|---|---|---|---|

44. Is a depreciation schedule available for any of the property listed in Part 7?
☑ No
☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. Does the debtor own or lease any real property?

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. Does the debtor have any interests in intangibles or intellectual property?

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities**<br><br>**INSURANCE CLAIM FOR DAMAGED WINE** | $28,757.62 |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.** | | $28,757.62 |

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $16,700.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,200,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $28,757.62 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,256,457.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,256,457.62 |

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| | | |
|---|---|---|
| **2.1** **I.M.P. PLUMBING & HEATING CORP** <br>Creditor's Name <br><br>**412 EIGHTH AVENUE 7TH FLOOR New York, NY 10001** <br>Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br><br><br>**Describe the lien** <br>**MECHANIC'S LIEN** | **$4,149.10** |  **$0.00** |

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

| | | | |
|---|---|---|---|
| **2.2** **WELLS FARGO** <br>Creditor's Name <br><br>**FOSTER & WOLKIND PC 80 FIFTH AVENUE, SUITE 1401 New York, NY 10011** <br>Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br>**COPY MACHINE** <br><br><br>**Describe the lien** | **$40,000.00** | **Unknown** |

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $44,149.10

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

| | |
|---|---|
| **INTERNAL REVENUE SERVICE**<br>**PO BOX 7346**<br>**Philadelphia, PA 19114** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | |

| | | |
|---|---|---|
| **2.2**   Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$811,146.64**    **$811,146.64** |

| | |
|---|---|
| **NEW YORK STATE DEPT. OF FIN.**<br>**ATTN: BANKRUPTCY SPECIAL**<br>**PROC**<br>**PO BOX 5300**<br>**Albany, NY 12205** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **NYC DEPT. OF FINANCE**<br>**345 ADAMS STREET, 3RD FL.**<br>**ATTN:  LEGAL AFFAIRS**<br>**Brooklyn, NY 11201** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,727.42 |
|---|---|---|---|
| | **A&L CESSPOOL SERVICE CORP.**<br>**38-40 REVIEW AVENUE**<br>**Long Island City, NY 11101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|
| | **ARROGANT BLOOM**<br>**1887 AMSTERDAM AVE., STE.# 5-A**<br>**ATTN: GEORGE BAKALIS**<br>**New York, NY 10032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,096.36 |
|---|---|---|---|
| | **AVAYA**<br>**10201 CENTURION PKWY, N**<br>**STE 100, ATTN: BANKRUPTCY MGMT**<br>**Jacksonville, FL 32256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,544.25 |
|---|---|---|---|
| | **BELKIN BURDEN WENIG &**<br>**GOLDMAN, LLP**<br>**270 MADISON AVENUE**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,442.93 |
|---|---|---|---|
| | **CON EDISON GAS**<br>**JAF STATION**<br>**P.O. BOX 1702**<br>**New York, NY 10116-1702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,000.00 |
|---|---|---|---|

**CON EDISON STEAM**
**JAF STATION**
**P.O. BOX 1701**
**New York, NY 10116-1701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,374.24 |
|---|---|---|---|

**DELL COMPUTER**
**PAYMENT PROCESSING CENTER**
**P.O. BOX 5292**
**Carol Stream, IL 60197-5292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,833.29 |
|---|---|---|---|

**DINOVA, LLC**
**6455 EAST JOHNS CROSSING**
**STE. 220**
**Duluth, GA 30097**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __ACTION TO RECOVER GOODS SOLD__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**FOSTER & WOLKIND PC**
**80 FIFTH AVENUE**
**SUITE 1401**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,000.00 |
|---|---|---|---|

**HERRICK FEINSTEIN LLP**
**2 PARK AVENUE**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**HRI CONSULTING GROUP**
**378 WILLIS AVENUE**
**Mineola, NY 11501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,510.64 |
|---|---|---|---|

**J.B. PRICE COMPANY, INC.**
**36 E 31ST STREET**
**New York, NY 10016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __ACTION TO RECOVER GOODS SOLD__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,611.94 |
|---|---|---|---|

**JOHN S. MARKET**
**25-20 50TH AVENUE**
**1ST FL.**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,130.00 |
|---|---|---|---|

**KNOT**
**11106 MOCKINGBIRD DRIVE**
**Omaha, NE 68137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,478.70 |
|---|---|---|---|

**MEAT & FISH**
**PO BOX 36383**
**Charlotte, NC 28236-6383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,219.65 |
|---|---|---|---|

**METROPOLITAN ELEVATOR**
**66 RAMAPO VALLEY ROAD**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,727.03 |
|---|---|---|---|

**MICROS RETAIL SYSTEMS, INC.**
**1200 HARBOR BLVD. 10TH FL**
**Weehawken, NJ 07086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280,000.00 |
|---|---|---|---|

**MONEYWORKS**
**120 WEST 45TH STREET**
**SUITE 1000B**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151,225.00 |
|---|---|---|---|

**MORENA ORUE**
**C/O FITAPELLI & SCHAFFER LLP**
**28 LIBERTY STREET, 30TH FLOOR**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SETTLEMENT OF WAGE-HOUR LAWSUIT__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,247.70 |
|---|---|---|---|

**N.Y. COMMUNITY FINANCIAL, LLC**
**C/O VOLAKOS LAW FIRM**
**120 BAY RIDGE AVENUE**
**Brooklyn, NY 11220**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**OGLETREE DEAKINS**
**1745 BROADWAY**
**22ND FL.**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**PAY O MATIC**
**LOSS PREVENTION DEPT.**
**166-30 JAMAICA AVE., 2ND FL.**
**Jamaica, NY 11432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,286.30 |
|---|---|---|---|

**PEACE OF MIND PEST CONTROL**
**142 BAY 44TH STREET**
**Brooklyn, NY 11214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,512.00 |
|---|---|---|---|

**PEPSI COLA BOTTLING**
**LOCKBOX #741076**
**Atlanta, GA 30374-1076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,271.16 |
|---|---|---|---|

**PLS**
**800 JORIE BOULEVARD**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000,000.00 |
|---|---|---|---|

**PPF OFF TWO PARK AVENUE OWNER**
**2 PARK AVENUE**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.00 |
|------|---|---|---|
| | **SATUR FARM**<br>**3705 ALVAH'S LANE**<br>**Cutchogue, NY 11935** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ☐ | Basis for the claim: ☐ | |
| | Last 4 digits of account number ☐ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|------|---|---|---|
| | **SHARMA LAW**<br>**C/O RAVI SHARMA, P.C.**<br>**215 PARK AVE. SOUTH, STE. 1402**<br>**New York, NY 10003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ☐ | Basis for the claim: ☐ | |
| | Last 4 digits of account number ☐ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500,000.00 |
|------|---|---|---|
| | **STEPHANIE SCHULMAN**<br>**240 PARK AVENUE SOUTH**<br>**2D**<br>**New York, NY 10003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ☐ | Basis for the claim: ☐ | |
| | Last 4 digits of account number ☐ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,026.00 |
|------|---|---|---|
| | **TIME PAYMENT CORP.**<br>**16 NEW ENG. EXECUTIVE PARK**<br>**#200**<br>**Burlington, MA 01803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ☐ | Basis for the claim: ☐ | |
| | Last 4 digits of account number ☐ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $364.94 |
|------|---|---|---|
| | **TIME WARNER - INTERNET**<br>**41- 61 KISSENA BLVD**<br>**Flushing, NY 11355-3189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ☐ | Basis for the claim: ☐ | |
| | Last 4 digits of account number ☐ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|
| | **TIME WARNER - TELEPHONE**<br>**2551 DULLES VIEW DRIVE**<br>**Herndon, VA 20171** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ☐ | Basis for the claim: ☐ | |
| | Last 4 digits of account number ☐ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,419.53 |
|------|---|---|---|
| | **UNITED BURGLAR ALARM, INC. DBA**<br>**UNITED PROTECTIVE ALARM SYSTEM**<br>**205 WEST HOUSTON STREET**<br>**New York, NY 10014** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred ☐ | Basis for the claim: ☐ | |
| | Last 4 digits of account number ☐ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**US FOOD**
**PO BOX 641871**
**Pittsburgh, PA 15264-1871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VERIZON - TELEPHONE**
**P.O. BOX 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**WILD EDIBLES, INC.**
**40 BARRY STREET**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ALEJANDRO RUIZ** **C/O FITAPELLI & SCHAFFER LLP** **28 LIBERTY STREET, 30TH FLOOR** **New York, NY 10005** | Line  **3.19** <br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **ALFONSO VICARIO ESPINOZA** **C/O FITAPELLI & SCHAFFER LLP** **28 LIBERTY STREET, 30TH FLOOR** **New York, NY 10005** | Line  **3.19** <br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **ANGEL ACOSTA** **C/O FITAPELLI & SCHAFFER LLP** **28 LIBERTY STREET, 30TH FLOOR** **New York, NY 10005** | Line  **3.19** <br> ☐ Not listed. Explain ____ | _ |
| 4.4 | **ANGEL GUAMAN** **C/O FITAPELLI & SCHAFFER LLP** **28 LIBERTY STREET, 30TH FLOOR** **New York, NY 10005** | Line  **3.19** <br> ☐ Not listed. Explain ____ | _ |
| 4.5 | **CORP. COUNSEL FOR NYC** **100 CHURCH STREET** **New York, NY 10007** | Line  **2.3** <br> ☐ Not listed. Explain ____ | _ |
| 4.6 | **DEBRAGGA & SPITLER INC.** **65-77 AMITY STREET** **Jersey City, NJ 07304** | Line  **3.16** <br> ☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.7 | **FAUSTO GUAMAN**<br>**C/O FITAPELLI & SCHAFFER LLP**<br>**28 LIBERTY STREET, 30TH FLOOR**<br>**New York, NY 10005** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **GLENN SALAZAR VARGAS**<br>**C/O FITAPELLI & SCHAFFER LLP**<br>**28 LIBERTY STREET, 30TH FLOOR**<br>**New York, NY 10005** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **JING XIA HUANG**<br>**C/O FITAPELLI & SCHAFFER LLP**<br>**28 LIBERTY STREET, 30TH FLOOR**<br>**New York, NY 10005** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **KELVIN EDDY LOPEZ**<br>**C/O FITAPELLI & SCHAFFER LLP**<br>**28 LIBERTY STREET, 30TH FLOOR**<br>**New York, NY 10005** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **KIRSCHENBAUM & KIRSCHENBAUM**<br>**200 GARDEN CITY**<br>**SUITE 500**<br>**Garden City, NY 11530** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **LAZARO AMEL**<br>**C/O FITAPELLI & SCHAFFER LLP**<br>**28 LIBERTY STREET, 30TH FLOOR**<br>**New York, NY 10005** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **MEYERS, SAXON & COLE**<br>**3620 QUENTIN ROAD**<br>**Brooklyn, NY 11234** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **MEYERS, SAXON & COLE**<br>**3620 QUENTIN ROAD**<br>**Brooklyn, NY 11234** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **OFFICE OF THE ATTORNEY GENERAL**<br>**THE CAPITOL**<br>**Albany, NY 12224** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **PLAZTER, SWERGOLD, LEVINE,**<br>**GOLDBERG, KATZ & JASLOW, LLP**<br>**475 PARK AVENUE SOUTH**<br>**New York, NY 10016** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **TRINIDAD ROMANO**<br>**C/O FITAPELLI & SCHAFFER LLP**<br>**28 LIBERTY STREET, 30TH FLOOR**<br>**New York, NY 10005** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **US ATTY OFFICE -SDNY**<br>**86 CHAMBERS STREET**<br>**ATTN: TAX AND BANKRUPTCY**<br>**New York, NY 10007** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.19 **VICENTE AMADOR REYES** **C/O FITAPELLI & SCHAFFER LLP** **28 LIBERTY STREET, 30TH FLOOR** **New York, NY 10005** | Line __3.19__ ☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $      811,146.64 |
| 5b. Total claims from Part 2 | 5b.  + | $      5,285,583.08 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $      6,096,729.72 |

Debtor name **ARTISANAL FROMAGERIE & BISTRO LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **16-12337**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **TELEPHONE** | |
| State the term remaining | **AVAYA**<br>**10201 CENTURION PKWY, N**<br>**STE 100, ATTN: BANKRUPTCY MGMT**<br>**Jacksonville, FL 32256** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **MICROS POS** | |
| State the term remaining | **TIMEPAYMENT**<br>**16 NORTH EAST EXECUTIVE PARK**<br>**#200**<br>**Burlington, MA 01803** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — **COPIER** | |
| State the term remaining | **WELLS FARGO**<br>**FOSTER & WOLKIND PC**<br>**80 FIFTH AVE., SUITE 1401**<br>**New York, NY 10011** |
| List the contract number of any government contract | |

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City _____ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City _____ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City _____ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City _____ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor name **ARTISANAL FROMAGERIE & BISTRO LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known) **16-12337**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$4,074,378.03** |
   | **For prior year:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other _____ | **$6,500,000.00** |
   | **For year before that:** From **1/01/2014** to **12/31/2014** | ■ Operating a business ☐ Other _____ | **$7,000,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | ORUE ET AL. V. ARTISINAL FROMAGERIE & BISTRO, ET AL. 15 CIV 5727 (KPF) | WAGE HOUR LAWSUIT | U.S. DISTRICT COURT - SDNY | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | N.Y. COMMUNITY FINANCIAL, LLC v. ARTISANAL FROMAGERIE & BISTRO, LLC INDEX NO.: 006827/2016 | DISHONORED CHECKS | CIVIL COURT CITY OF NEW YORK, NY CNTY | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | DINOVA, LLC V. ARTISINAL FROMAGERIE & BISTRO, LLC INDEX NO.: 007688/2016 | ACTION TO RECOVER GOODS SOLD | CIVIL COURT CITY OF NEW YORK, NY CNTY | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | J.B. PRICE COMPANY, INC. V. ARTISANAL FROMAGERIE & BISTRO, LLC INDEX NO.: 008141/2016 | ACTION TO RECOVER GOODS SOLD | CIVIL COURT CITY OF NEW YORK, KINGS CNTY | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **FROZEN WINE, REFRIGERATION MALFUNCTION** | | **1/12/2016** | **$28,757.62** |

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ROBINSON BROG ET AL.**<br>**875 LEXINGTON AVENUE**<br>**9TH FLOOR**<br>**New York, NY 10022** | **PREPETITION RETAINER** | **8/12/2016** | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**THIRD PARTY** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:** Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **A&A ACCOUNTING** **ATTN: ANGELICA KOYONOV** **8246 189TH ST** **Hollis, NY 11423** | |
| 26a.2. **SECKENDORF, HASSON AND REILLY CPA'S, LLC** **ATTN: DAVID HASSON** **3000 MARCUS AVE** **STE 3W4** **New Hyde Park, NY 11042** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **SARID DRORY** | **240 PARK AVE SOUTH** **New York, NY 10003** | **MANAGING MEMBER** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **SARID DRORY**<br>**240 PARK AVE SOUTH**<br>**New York, NY 10003** | **$170,000.00** | | **SALARY** |
| | **Relationship to debtor**<br>**MANAGING MEMBER** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 26, 2016**

**/s/ SARID DRORY**                **SARID DRORY**

Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **MANAGING MEMBER**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Southern District of New York

In re  **ARTISANAL FROMAGERIE & BISTRO LLC**      Case No. **16-12337**
_____
Debtor(s)      Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,000.00 |
| Prior to the filing of this statement I have received | $ | 15,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):   **THIRD PARTY**

3.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 26, 2016**
_____
*Date*

**/s/ A. MITCHELL GREENE**
**A. MITCHELL GREENE**
*Signature of Attorney*
**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**
_____
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re **ARTISANAL FROMAGERIE & BISTRO LLC**

Debtor(s)

Case No. **16-12337**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SARID DRORY**<br>**240 PARK AVENUE SOUTH**<br>**New York, NY 10003** | **MANAGING MEMBER** | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MANAGING MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 26, 2016**

Signature **/s/ SARID DRORY**

**SARID DRORY**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    **ARTISANAL FROMAGERIE & BISTRO LLC**       Case No.    **16-12337**

               Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGING MEMBER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 26, 2016**            **/s/ SARID DRORY**

                                       **SARID DRORY/MANAGING MEMBER**
                                       Signer/Title

A&L CESSPOOL SERVICE CORP.
38-40 REVIEW AVENUE
LONG ISLAND CITY, NY 11101


ALEJANDRO RUIZ
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


ALFONSO VICARIO ESPINOZA
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


ANGEL ACOSTA
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


ANGEL GUAMAN
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


ARROGANT BLOOM
1887 AMSTERDAM AVE., STE.# 5-A
ATTN: GEORGE BAKALIS
NEW YORK, NY 10032


AVAYA
10201 CENTURION PKWY, N
STE 100, ATTN: BANKRUPTCY MGMT
JACKSONVILLE, FL 32256


BELKIN BURDEN WENIG &
GOLDMAN, LLP
270 MADISON AVENUE
NEW YORK, NY 10016


CON EDISON GAS
JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116-1702

CON EDISON STEAM
JAF STATION
P.O. BOX 1701
NEW YORK, NY 10116-1701


CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


DEBRAGGA & SPITLER INC.
65-77 AMITY STREET
JERSEY CITY, NJ 07304


DELL COMPUTER
PAYMENT PROCESSING CENTER
P.O. BOX 5292
CAROL STREAM, IL 60197-5292


DINOVA, LLC
6455 EAST JOHNS CROSSING
STE. 220
DULUTH, GA 30097


FAUSTO GUAMAN
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


FOSTER & WOLKIND PC
80 FIFTH AVENUE
SUITE 1401
NEW YORK, NY 10011


GLENN SALAZAR VARGAS
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


HERRICK FEINSTEIN LLP
2 PARK AVENUE
NEW YORK, NY 10016


HRI CONSULTING GROUP
378 WILLIS AVENUE
MINEOLA, NY 11501

I.M.P. PLUMBING & HEATING CORP
412 EIGHTH AVENUE
7TH FLOOR
NEW YORK, NY 10001


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19114


J.B. PRICE COMPANY, INC.
36 E 31ST STREET
NEW YORK, NY 10016


JING XIA HUANG
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


JOHN S. MARKET
25-20 50TH AVENUE
1ST FL.
LONG ISLAND CITY, NY 11101


KELVIN EDDY LOPEZ
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


KIRSCHENBAUM & KIRSCHENBAUM
200 GARDEN CITY
SUITE 500
GARDEN CITY, NY 11530


KNOT
11106 MOCKINGBIRD DRIVE
OMAHA, NE 68137


LAZARO AMEL
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


MEAT & FISH
PO BOX 36383
CHARLOTTE, NC 28236-6383

METROPOLITAN ELEVATOR
66 RAMAPO VALLEY ROAD
MAHWAH, NJ 07430


MEYERS, SAXON & COLE
3620 QUENTIN ROAD
BROOKLYN, NY 11234


MICROS RETAIL SYSTEMS, INC.
1200 HARBOR BLVD. 10TH FL
WEEHAWKEN, NJ 07086


MONEYWORKS
120 WEST 45TH STREET
SUITE 1000B
NEW YORK, NY 10036


MORENA ORUE
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


N.Y. COMMUNITY FINANCIAL, LLC
C/O VOLAKOS LAW FIRM
120 BAY RIDGE AVENUE
BROOKLYN, NY 11220


NEW YORK STATE DEPT. OF FIN.
ATTN: BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


OGLETREE DEAKINS
1745 BROADWAY
22ND FL.
NEW YORK, NY 10019

PAY O MATIC
LOSS PREVENTION DEPT.
166-30 JAMAICA AVE., 2ND FL.
JAMAICA, NY 11432


PEACE OF MIND PEST CONTROL
142 BAY 44TH STREET
BROOKLYN, NY 11214


PEPSI COLA BOTTLING
LOCKBOX #741076
ATLANTA, GA 30374-1076


PLAZTER, SWERGOLD, LEVINE,
GOLDBERG, KATZ & JASLOW, LLP
475 PARK AVENUE SOUTH
NEW YORK, NY 10016


PLS
800 JORIE BOULEVARD
OAK BROOK, IL 60523


PPF OFF TWO PARK AVENUE OWNER
2 PARK AVENUE
NEW YORK, NY 10016


SATUR FARM
3705 ALVAH'S LANE
CUTCHOGUE, NY 11935


SHARMA LAW
C/O RAVI SHARMA, P.C.
215 PARK AVE. SOUTH, STE. 1402
NEW YORK, NY 10003


STEPHANIE SCHULMAN
240 PARK AVENUE SOUTH
2D
NEW YORK, NY 10003


TIME PAYMENT CORP.
16 NEW ENG. EXECUTIVE PARK
#200
BURLINGTON, MA 01803

```
TIME WARNER - INTERNET
41- 61 KISSENA BLVD
FLUSHING, NY 11355-3189


TIME WARNER - TELEPHONE
2551 DULLES VIEW DRIVE
HERNDON, VA 20171


TIMEPAYMENT
16 NORTH EAST EXECUTIVE PARK
#200
BURLINGTON, MA 01803


TRINIDAD ROMANO
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


UNITED BURGLAR ALARM, INC. DBA
UNITED PROTECTIVE ALARM SYSTEM
205 WEST HOUSTON STREET
NEW YORK, NY 10014


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN:  TAX AND BANKRUPTCY
NEW YORK, NY 10007


US FOOD
PO BOX 641871
PITTSBURGH, PA 15264-1871


VERIZON - TELEPHONE
P.O. BOX 15124
ALBANY, NY 12212-5124


VICENTE AMADOR REYES
C/O FITAPELLI & SCHAFFER LLP
28 LIBERTY STREET, 30TH FLOOR
NEW YORK, NY 10005


WELLS FARGO
FOSTER & WOLKIND PC
80 FIFTH AVE., SUITE 1401
NEW YORK, NY 10011
```

WILD EDIBLES, INC.
40 BARRY STREET
BRONX, NY 10474

# United States Bankruptcy Court
## Southern District of New York

In re    __ARTISANAL FROMAGERIE & BISTRO LLC__       Case No.    __16-12337__

                                     Debtor(s)          Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ARTISANAL FROMAGERIE & BISTRO LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| __August 26, 2016__ | /s/ A. MITCHELL GREENE |
| Date | A. MITCHELL GREENE |
| | Signature of Attorney or Litigant |
| | Counsel for    __ARTISANAL FROMAGERIE & BISTRO LLC__ |
| | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. |
| | 875 THIRD AVENUE |
| | New York, NY 10022 |
| | (212) 603-6300 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In re:                                          Chapter 11

**ARTISANAL FROMAGERIE &**
**BISTRO LLC,**                                  Case No.  16-12337-jlg

                              Debtor.

-------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK          )
                           ) ss:
COUNTY OF NEW YORK   )

   **Sarid Drory**, being duly sworn, deposes and says:

   1.   I am the managing member of **Artisanal Fromagerie & Bistro LLC** (the "Debtor"), and am fully familiar with the facts set forth herein.

   2.   The Debtor owns and operates a restaurant located at 2 Park Avenue, New York, New York.

   3.   No pre-petition committee was organized prior to the order for relief.

   4.   The Secured Creditors of the Debtor are as listed on Schedule D, which is filed contemporaneously with this affidavit.

   5.   A summary of the Debtor's assets and liabilities is set forth on the summary of schedules which is filed contemporaneously with this affidavit..

   6.   The names and addresses of the twenty largest unsecured creditors, excluding insiders, is filed contemporaneously with this affidavit..

   7.   All suits or proceedings in which the Debtor is named as a party are listed in the Debtor's Statement of Financial Affairs.

8.    No property of the Debtor is in the possession and control of a receiver for the benefit of mortgagees and creditors.

9.    The Debtor filed for chapter 11 relief in order to stay a potential eviction.  By staying the eviction, the Debtor will now have the time to reach a resolution with its current landlord to allow for the orderly liquidation of the Debtor's assets for the benefit of its creditors.

10.    The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to preserve priorities of creditors.

11.    The estimated operating expense of the Debtor for the next **thirty days** is:

### INCOME

| | |
|---|---|
| **Total Estimated Income:** | **$1,000,000.001** |

### EXPENSES

| | |
|---|---|
| Rent | $50,000.00 |
| Coned Steam | $6,000.00 |
| Con Ed Gas | $2,400.00 |
| Con Ed Electricity | $1,500.00 |
| Avaya | $383.00 |
| POS System | $1,000.00 |
| Verizon (Telephone) | $380.00 |
| TimeWarner (Internet) | $270.00 |
| TimeWarner (Telephone) | $300.00 |
| Exterminator | $700.00 |
| Garbage | $1,900.00 |
| Open Table | $3,500.00 |
| Workman's Comp | $4,500.00 |
| Liability insurance | $4,500.00 |
| Dishwashing | $1,500.00 |
| Food Purchase | $100,000.00 |
| Liquor Purchase | $25,000.00 |
| Payroll | $120,000.00 |
| Sales Tax | $40,000.00 |
| Withholding Tax | $40,000.00 |
| Maintenance | $10,000.00 |
| Credit Card Fee | $8,000.00 |

---

1 The Debtor's business is seasonal and the fall season represents some of its highest grossing months.

| Promotions | $3,000.00 |
| Total Estimated Expenses: | $424,833.00 |
| NET INCOME: | $575,167.00 |

Sarid Drory
**Managing Member**

Sworn to before me this
26th th day of August, 2016

Notary Public, State of New York
No. 01DI62527077
Qualified in NY County
Commission Expires 12/12/19

MATTHEW THOMAS DIRUSSO
Notary Public - State of New York
NO. 01DI6252707
Qualified in Bronx County
My Commission Expires 12/12/19