Mark R. Somerstein
Gregg L. Weiner
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: mark.somerstein@ropesgray.com
       gregg.weiner@ropesgray.com

*Counsel to PPF OFF Two Park Avenue Owner, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| ARTISANAL FROMAGERIE & BISTRO LLC, | Case No. 16-12337 (JLG) |
| Debtor. | |

**DECLARATION OF JOSE TORO IN SUPPORT OF PPF OFF TWO PARK AVENUE OWNER, LLC'S OPPOSITION TO DEBTOR'S MOTION TO DISMISS THE CHAPTER 11 CASE AND CROSS-MOTION TO CONVERT TO A CASE UNDER CHAPTER 7**

Pursuant to 28 U.S.C. § 1746, Jose Toro declares as follows:

1. I am the General Manager of Corporate Occupier and Investor Services at Cushman Wakefield. Cushman Wakefield manages the Premises, as defined in *PPF OFF Two Park Avenue Owner, LLC's Opposition to Debtor's Motion to Dismiss the Chapter 11 Case and Cross-Motion to Convert to a Case Under Chapter 7* (the "<u>Cross-Motion</u>"). PPF OFF Two Park Avenue Owner, LLC ("<u>Two Park</u>") is a creditor in the above-captioned chapter 11 case and the owner and lessor of the Premises.

1

2. Attached as Exhibit A is a true and correct copy of a photograph I took of the logo as used at the Artisanal Restaurant at the Premises.[1]

3. Attached as Exhibit B is a true and correct copy of a photograph I took on November 30, 2016 of the logo as used at the building located at 387 Park Avenue South, New York, New York 10016, three blocks from the Premises. The logo refers to the 2 Park Avenue address and is identical to the logo as used at the Artisanal Restaurant operated at the Premises.

Dated: December 1, 2016
      New York, New York

_____
Jose Toro

---

[1] Capitalized terms used but not defined herein have the meanings set forth in the Cross-Motion.

# Exhibit A



# Exhibit B

